ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Red River Science & Technology, LLC | ) ASBCA No. 63785 |
| | ) |
| Under Contract No. W52P1J-17-G-0095 | ) |

APPEARANCES FOR THE APPELLANT:    Jackson W. Moore, Jr., Esq.
Tess S. R. Diven, Esq.
  Smith, Anderson, Blount Dorsett Mitchell
    & Jernigan, LLP
  Raleigh, NC

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
  Army Chief Trial Attorney
  MAJ Joshua B. Fix, JA
    Trial Attorney

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 120 days of the date of this Order.

Dated: April 22, 2025

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63785, Appeal of Red River Science & Technology, LLC, rendered in conformance with the Board's Charter.

Dated: April 22, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals